### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**CHARLES LITTON MORRIS,**

     **Plaintiff,**

**vs.**                                  **CASE NO.:  3:09cv474/MCR/MD**

**ESCAMBIA COUNTY JAIL, et al.,**

     **Defendants.**

_____/

## O R D E R

     Upon consideration of the Report and Recommendation of the Magistrate Judge filed on December 3, 2009, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

     Accordingly, it is now ORDERED as follows:

     1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

     2.     This cause is DISMISSED WITHOUT PREJUDICE as malicious pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

     3.     The clerk is directed to close the file.

     DONE AND ORDERED this 11th day of January, 2010.

                     *s/ M. Casey Rodgers*

                     **M. CASEY RODGERS**
                     **UNITED STATES DISTRICT JUDGE**